UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                        Plaintiff,<br>vs.<br><br>ILYESS HADRI TALBI,<br>                        Defendant. | Case No.: 23-CR-331-08<br><br>**WAIVER OF APPEARANCE AT ARRAIGNMENT ON INDICTMENT AND PLEA OF NOT GUILTY** |

      Pursuant to Fed.R.Crim.P. 10(b), I, Ilyess Hadri Talbi, hereby waive my appearance at my arraignment on the Superseding Indictment filed in this case on November 22, 2023 and enter my plea of not guilty. In support of this waiver, I, Ilyess Hadri Talbi, state as follows:

- I have received a copy of the Superseding Indictment;

- I have fully discussed the Superseding Indictment with my attorney;

- I understand the charge(s) against me in the Superseding Indictment;

- I understand that I have the right to be present at my arraignment on the Superseding Indictment;

- I hereby waive my appearance at my arraignment on the Superseding Indictment;

- I hereby plead not guilty to the Superseding Indictment;

- I hereby request that the Court accept my waiver of appearance and enter my plea of not guilty to the Superseding Indictment.

**NOTICE: A signed waiver must be filed at least three (3) business days before the scheduled arraignment or the Defendant and Defense Counsel must appear at the arraignment.**

| | | |
|---|---|---|
| s/ Ilyess Hadri Talbi | Defendant | 11/27/2023 |
| s/ Stephen J. Knorr | Attorney for Defendant | 11/27/23 |

<u>Ilyess Hadri Talbi</u>
Defendant's Printed Name

<u>Stephen J. Knorr</u>
Attorney for Defendant Printed Name

### ACCEPTANCE OF WAIVER OF APPEARANCE AND ENTRY OF PLEA OF NOT GUILTY

Pursuant to Fed.R.Crim.P. 10(b)(3), the Court hereby accepts the Defendant's waiver of his/her appearance at his/her arraignment on the Superseding Indictment and hereby enters the Defendant's plea of not guilty.

Date: 11/27/2023

_____
United States Magistrate Judge
SUSAN E HUNTSMAN