~~SEALED~~ UNSEALED 11/9/23

AO 442 (Rev. 10/13) Arrest Warrant

FILED
NOV 28 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Received
U.S. Marshals Service
2023 OCT 20 PM 2:49
N/OK

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 23 CR 331 JFH |
| KEVIN RAMSES ROCHA | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEVIN RAMSES ROCHA,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud
18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2)(A), and 28 U.S.C. § 2461—Fraud Forfeiture

Date: OCT 2 0 2023

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10/20/2023, and the person was arrested on *(date)* 11/2/2023
At *(city and state)* Central District of California
Date: 21 NOV 2023

*Arresting officer's signature*

WRIGHT, LAURA EMIKO, DUSM
*Printed name and title*

CJN/bs