IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.: 23-cr-00331-JFH |
| | ) | |
| STEVEN LIN, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT STEVEN LIN'S MOTION TO RECONSIDER
ORDER GRANTING PROTECTIVE ORDER (DKT. #155)

COMES NOW Defendant, Steven Lin, by and through undersigned counsel, and respectfully moves the Court to reconsider its Order Granting Protective Order (Dkt. #155), and states the following in support:

1. The government filed its Motion for Protective Order on November 20, 2023 (Dkt. #102).

2. Therein, it was correctly noted that Defendant Steven Lin, and other defendants, objected to the proposed protective order.

3. On December 1, 2023, the Court granted the government's motion and entered a Protective Order stating that the government's Motion was unopposed.

4. Mr. Lin hereby urges the Court to reconsider its entry of the Protective Order herein (Dkt. #155) to allow for electronic dissemination of government discovery to Defendant at his residence in the Eastern District of Pennsylvania, where he is under supervision of the United States Probation Office, as in-person discovery review with defense counsel in the Northern District of Oklahoma (as required by the current Protective Order) would cause undue hardship in developing Mr. Lin's defense

in this case.

WHEREFORE, premises considered, Defendant Steven Lin prays for all relief requested herein, and for such further relief that the Court deems just and equitable.

Respectfully submitted,

s/ Stephen G. Layman
Stephen G. Layman, OBA No. 22423
LAYMAN & MORRIS, PLLC
401 South Boston Avenue | Suite 500
Tulsa, Oklahoma 74103
(918) 933-4353 *Telephone*
(918) 699-0353 *Facsimile*
steve@laymanmorris.com
COUNSEL OF RECORD FOR
DEFENDANT STEVEN LIN

CERTIFICATE OF SERVICE

I certify that on the 5th day of December 2023, a true-and-correct copy of the foregoing was served upon:

Ashley M. Robert
Assistant U.S. Attorney

By electronic transmission to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to ECF registrant(s) above.

s/ Stephen G. Layman