# UNITED STATES DISTRICT COURT
## NORTHERN DISTRCIT OF OKLAHOMA

UNITED STATES OF AMERICA,

        PLAINTIFF,

  VS.

JUAN MANUEL CAMACHO-ZARATE,

        DEFENDANT.

CASE NO. 4:23-CR-331JFH

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE FOR CHANGE OF PLEA HEARING

COMES NOW, Defendant, by and through counsel, moves to continue Defendant's change of plea date scheduled for February 12th, 2024, as counsel for Defendant has multiple conflicts on said day. After speaking with the government, Defendant would request to reschedule the change of plea to February 14th, 2024, if possible. If not available, Defendant is available the 15th and 16th of February as well.

WHEREFORE, Defendant respectfully requests this court reschedule the Defendant's change of plea hearing date.

Respectfully submitted:

Zachary Enlow, OBA #34144
1622 E. 21st St., Ste 102
Tulsa, Oklahoma 74114
(918) 583-8205, 583-8220 (fax)
zach@enlow.law
Attorney for the Defendant

Certificate of Service

I certify that on the date of filing, I transmitted the foregoing document to the clerk of court using the ECF system for filing.

s/ Zach Enlow